## Leota SLINKER, Appellant,

v.

## COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

April 30, 1954.

Haynes Carter, J. E. Wise, Elizabethtown, for appellant.

J. D. Buckman, Jr., Atty. Gen., William F. Simpson, Asst. Atty. Gen., for appellee.

PER CURIAM.

This is a motion for an appeal from a judgment of the Hardin Circuit Court convicting appellant of the offense of selling alcoholic beverages in local option territory. Her punishment was fixed at a fine of $60 and confinement in jail for a period of 45 days.

An examination of the record reveals no error prejudicial to appellant's substantial rights.

The motion is overruled, and the judgment is affirmed.